1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN THE MATTER OF THE EXTRADITION OF JOSEPH NIMCHO LAW | Case No.: 3:11-XR-90569 MEJ<br><br>**ORDER RE PERSONAL ITEMS UPON TRANSFER** |
|---|---|

On March 22, 2012, the Court signed the Certification of Extraditability of Joseph Nimcho Law and Order of Commitment. The Court's Order provides, *inter alia,* that Mr. Law is committed to the custody of the United States Marshal pending final disposition of this matter by the United States Secretary of State and pending arrival of agents of the Government of Hong Kong, at which time Mr. Law will be transferred to the custody of the agents of the Government of Hong Kong, so that Mr. Law may be transported to Hong Kong.

ORDER RE PERSONAL ITEMS UPON TRANSFER [Case No.: 3:11-XR-90569 MEJ]

1     As discussed in Court on March 22, 2012, counsel for Mr. Law has learned from Mr. Law's legal counsel in Hong Kong that the rules and procedures of the Hong Kong Police Department – the law enforcement entity charged with taking custody of and transferring Mr. Law – allows Mr. Law to take with him to Hong Kong "one suitcase of personal items."

    In light of Mr. Law's impending transfer to Hong Kong, the parties stipulate and request that the Court order the United States Marshal to take possession of one suitcase of Mr. Law's personal items. At the same time that custody of Mr. Law is transferred to the Hong Kong Police Department, the United States Marshal shall transfer possession of the suitcase of personal belongings to the Hong Kong Police Department.

    Mr. Law will provide to the United States Marshal at 450 Golden Gate Avenue, 20th Floor, San Francisco, a small soft-sided suitcase which may include the following personal items: clothing, shoes, a hat, travel-sized toiletries (per Travel Security Administration Guidelines), a diabetes glucose monitor, and three books.

    The United States Marshal may search the suitcase and remove items posing a security risk at its discretion.

    IT IS SO ORDERED.

Dated: 4/12/12

MARIA-ELENA JAMES
CHIEF U.S. MAGISTRATE JUDGE

ORDER RE PERSONAL ITEMS UPON TRANSFER [Case No.: 3:11-XR-90569 MEJ]